| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (CSBN 0722)<br>Chief, Criminal Division |
| 4 | MONICA FERNANDEZ (CSBN 168216)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, 11th Floor<br>San Francisco, California 94102<br>Telephone: (415) 436-7065 |
| 7 | Facsimile: (415) 436-7234<br>E-mail: Monica.L.Fernandez@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0126-CRB (JCS) |
| Plaintiff, | ) ) | [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| v. | ) ) | |
| EDSEL BANKS, | ) ) ) | |
| Defendants. | ) ) ) | |

On June 23, 2005, this Court held a bail review hearing on the Violation Memoranda submitted by Pretrial Services Officer Rich Sarlatte on June 10 and June 21, 2005. Pursuant to the recommendation of Pretrial Services, the Court hereby modifies the defendant's conditions of release as follows:

    1.    The defendant shall remain on lockdown status at his residence at all times. As directed by Pretrial Services, the defendant may be permitted to leave his residence for the following purposes only:

|   |   |   |   |
|---|---|---|---|
| 1 |   | a. | Court appearances; |
| 2 |   | b. | Medical appointments related to his June 30, 2005 operation; |
| 3 |   | c. | Meetings with Pretrial Services; and |
| 4 |   | d. | Meetings with his counsel, Elizabeth Falk, Esq. |

2. If the defendant sustains any positive drug tests, including for the test administered on June 23, 2005, or if the defendant violates any of the other conditions of his pretrial release, the defendant's bond shall be revoked immediately and he shall be remanded to the custody of the United States Marshals.

IT IS SO ORDERED.

Date: June 23, 2005

/s/ Joseph C. Spero
_____
HON. JOSEPH C. SPERO
United States Magistrate Judge

No. CR 05-0126-CRB (JCS)
[~~PROPOSED~~] ORDER MODIFYING
CONDITIONS OF PRETRIAL RELEASE          2