BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant BANKS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05-126 CRB |
| | ) | |
| Plaintiff, | ) | MOTION AND ~~PROPOSED~~ ORDER |
| | ) | FOR TEMPORARY MODIFICATION |
| v. | ) | OF BAIL CONDITIONS PERMITTING |
| | ) | DEFENDANT TO LEAVE HOUSE TO |
| EDSEL BANKS, | ) | PICK UP GENERAL ASSISTANCE |
| | ) | CHECK |
| Defendant. | ) | |
| | ) | Date: September 2, 2005 |
| | | Time: 10:00 a.m. |
| | | Court: Honorable Joseph C. Spero |

Defendant Edsel Banks hereby respectfully requests this Court to issue an order modifying his bail conditions, which would permitting him to leave his home and cash his General Assistance check, which he must cash personally.  Mr. Banks also requests permission to review his Presentence Report with counsel at the Federal Building.

If this request is granted, Mr. Banks is aware that he must leave home, go straight to the bank, and return home forthwith after cashing the check.  The same will be true regarding his meeting with counsel to review the Presentence Report.

Assistant United States Attorney Monica Fernandez has been contacted by defense counsel, and has

Ord. Temp. Mod. Cond.
No. CR-05-0126 CRB

1

no objection to permitting Mr. Banks to leave home to cash his general assistance check or to visit with counsel to review his Presentence Report on the 19th floor of the federal building.

United States Pretrial Services Officer Richard Sarlatte has been contacted by defense counsel regarding this request. Mr. Sarlatte directed undersigned counsel to file a motion with the Court and a proposed order, and to indicate that he did not have an opposition to Mr. Banks cashing his check or meeting with counsel.

WHEREFORE, defendant Banks prays that the Court will grant him a furlough to cash his general assistance check under the direction and supervision of Pretrial Services, as well as to visit with counsel to review his Presentence Report.

Dated:      September 2, 2005

                                      Respectfully submitted,

                                      BARRY J. PORTMAN
                                      Federal Public Defender

                                      ELIZABETH M. FALK
                                      Assistant Public Defender

GOOD CAUSE SHOWN, it is hereby ORDERED that the bail conditions of Defendant Edsel Banks be temporarily modified to permit him to cash his general assistance check and meet with counsel to review his Presentence Report, provided that the time he leaves his home and returns is monitored by Pretrial Services.

Dated: September 2, 2005

                                      THE HONORABLE JOSEPH C. SPERO
                                      UNITED STATES MAGISTRATE JUDGE

Ord. Temp. Mod. Cond.
No. CR-05-0126 CRB