```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  ELIZABETH M. FALK
    Assistant Federal Public Defender
 3  19th Floor Federal Building – Box 36106
    450 Golden Gate Avenue
 4  San Francisco, CA 94102
    Telephone: (415) 436-7700
 5
    Counsel for Defendant BANKS
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )  No. CR-05-126 CRB
                                     )
12          Plaintiff,                )  STIPULATION AND PROPOSED
                                     )  ORDER FOR CALENDARING HEARING
13  vs.                              )  CONCERNING DEFENDANT EDSEL
                                     )  BANKS' MEDICAL ISSUES.
14  EDSEL BANKS,                     )
                                     )
15          Defendant.                )
    _____    )
16
```

17  Defendant Edsel Banks through his attorney, Elizabeth M. Falk, are respectfully

18  requesting this Court to calendar a hearing before The Honorable Joseph Spero on Thursday,

19  October 7, 2005 at 10:30 a.m. to discuss Mr. Banks' current medical issues.

20  Defendant's counsel has conferred with government counsel, Monica Fernandez, and Ms.

21  Fernandez has no objection to the request for hearing.

22  IT IS SO STIPULATED.

23  DATED: 10/3/2005             _____/S/_____
                                  ELIZABETH M. FALK
24                                Assistant Federal Public Defender

25  DATED: 10/3/2005             _____/S/_____
                                  MONICA FERNANDEZ
26                                Assistant United States Attorney

Stip. and ~~Proposed~~ Order
No. CR 05-00126-CRB                        1

1 **I hereby attest that I have on file all holograph signatures for any signatures indicated**

2 **by "conformed" signature (/S/) within this e-filed document**

3

4 **ORDER**

5   For good cause, the Court hereby Orders that a hearing be calendared to discuss

6 defendant's medical issues for Thursday, October 7, 2005 at 10:00 a.m.

7

   *[Stamp: DENIED / Judge Joseph C. Spero]*

8 DATED: Oct. 5, 2005

                                                    _____
9                                                   THE HONORABLE JOSEPH C. SPERO
                                                    UNITED STATES MAGISTRATE JUDGE

10 IT IS HEREBY ORDERED THAT the parties shall address this matter before
   Judge Breyer on October 12, 2005, at 2:15 p.m.
11

Stip. and ~~Proposed~~ Order
No. CR 05-00126-CRB                                    2