1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant BANKS
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   No. CR-05-00126-CRB
                                      )
12              Plaintiff,            )   MOTION AND ~~PROPOSED~~ ORDER
                                      )   FOR PRETRIAL RELEASE OF
13 vs.                                )   DEFENDANT EDSEL BANKS TO HAVE
                                      )   SURGERY PERFORMED
14 EDSEL BANKS,                       )
                                      )   Date:  October 7, 2005
15              Defendant.            )   Time:  2:00 p.m.
   _____)   Court: The Honorable Charles R. Breyer
16

17     Defendant Edsel Banks hereby respectfully requests this Court to calendar a hearing on

18 Friday, October 7, 2005 at 2:00 p.m. before The Honorable Charles R. Breyer to discuss the

19 possibility of having surgery performed on his broken foot prior to serving his sentence and

20 permitting him to be released from the Santa Rita jail for the surgery. The surgery is scheduled

21 for October 17, 2005 at San Francisco General Hospital at 1001 Potrero Street, San Francisco,

22 California. The surgery will be performed by Robert Franklin, M. D., whose office is located at

23 2401 Keith Street, San Francisco, California. Telephone number of (415) 671-7000.

24     Government counsel, Monica Fernandez has been contacted and has no objection to the

25 request for hearing.

26 //

No. CR-05-00126-CRB
MOTION FOR PRETRIAL RELEASE           1

1  **I hereby attest that I have on file the holograph signature for any signature indicated by "conformed" signature (/S/) within this e-filed document.**

2

3  Dated: 10/6/2005

4                                        Respectfully submitted,

5                                        BARRY J. PORTMAN
   Federal Public Defender

6

7                                        /S/

8                                        ELIZABETH M. FALK
   Assistant Federal Public Defender

9

10

11                                     <u>ORDER</u>

12      For good cause, the Court hereby Orders that a hearing be calendared for Friday,

13  October 7, 2005 at 2:00 p.m.

14  Dated: October 6, 2005

15                              _____

16                              THE HONORABLE CHARLES R. BREYER
   UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

No. CR-05-00126-CRB
MOTION FOR PRETRIAL RELEASE          2