1 | BARRY J. PORTMAN
Federal Public Defender
2 | ELIZABETH M. FALK
Assistant Federal Public Defender
3 | 450 Golden Gate Avenue
San Francisco, CA 94102
4 | Telephone: (415) 436-7700

5 | Counsel for Defendant BANKS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-05-126 CRB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ~~PROPOSED~~ |
|  | ) | ORDER CONTINUING SENTENCING |
| v. | ) |  |
| EDSEL BANKS, | ) | Date: October 12, 2005 |
|  | ) | Time: 2:15 p.m. |
| Defendant. | ) | Court: Honorable Charles R. Breyer |
|  | ) |  |

The undersigned parties stipulate as follows:

1. Sentencing on this matter has been previously set by this honorable Court for October 12, 2005.

2. Due to the defendant's foot injury and surgery, the defense requests a continuance of the sentencing until November 16, 2005 at 2:15 p.m..

3. Assistant United States Attorney Monica Fernandez has been contacted by defense counsel, and has no objection to continuing the sentencing to November 16, 2005.

//

//

//

STIPULATION CONTINUING SENTENCING
No. CR-05-00126 CRB

4.      United States Probation Officer, Lynne Richards has been contacted by defense counsel, and has no objection to continuing the sentencing to November 16, 2005.

IT IS SO STIPULATED

Date: 10/11/2005          /S/
ELIZABETH M. FALK
Assistant Federal Public Defender

Date: 10/11/2005          /S/
MONICA FERNANDEZ
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

GOOD CAUSE SHOWN, it is hereby ORDERED that the sentencing hearing, previously set by this Court for October 12th, shall be continued to November 16 , 2005, at 2:15 PM

Date:  October 11, 2005
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

APPROVED
Judge Charles R. Breyer