BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant BANKS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>EDSEL BANKS,<br>Defendant. | No. CR-05-00126-CRB<br><br>~~PROPOSED~~ ORDER FOR RELEASE OF DEFENDANT EDSEL BANKS TO HAVE SURGERY PERFORMED. |

Parties appeared before this Court on October 7, 2005 to discuss defendant Edsel Banks' medical condition. Medical information has been provided to this court. Defense counsel, Elizabeth M. Falk, respectfully requests this Court to grant permission to defendant, Edsel Banks, to be released from custody at the Santa Rita Jail on October 13, 2005 for surgery prep and surgery and shall self-surrender to the United States Marshal in San Francisco, California by 12:00 noon on October 31, 2005.

//

//

//

<u>ORDER</u>

GOOD CAUSE SHOWN, it is hereby ORDERED that defendant Edsel Banks be released from custody at the Santa Rita Jail on October 13, 2005 for surgery prep and surgery and is ordered to self-surrender to the United States Marshal in San Francisco, California by 12:00 noon on October 31, 2005.

Dated: October 12, 2005

UNITED STATES DISTRICT COURT
APPROVED
Judge Charles R. Breyer
NORTHERN DISTRICT OF CALIFORNIA

THE HON[...] REYER
UNITED [...]

No. CR-05-126-CRB
PROPOSED ORDER FOR RELEASE 2