United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,            No. CR-05-0126 CRB
12            Plaintiff,                  **SEALING ORDER PURSUANT TO**
                                          **GENERAL ORDER 54**
13      v.
14   EDSEL BANKS,
15            Defendant.
                                    /
16
17       The following documents in this action are placed under seal and shall not be opened
18   except by the United States Sentencing Commission for its eyes only and shall not be
19   transmitted or otherwise opened except by order of this court upon application.
20      ☒    Presentence Report
21      ☐    Plea Agreement
22      ☐    Statement of Reasons
23      ☐    _____
              (Other)
24
25   **IT IS SO ORDERED.**
26
27   Dated:  November 21, 2005          _____
                                        CHARLES R. BREYER,
28                                      UNITED STATES DISTRICT JUDGE