BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant BANKS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>EDSEL BANKS,<br><br>               Defendant. | No. CR-05-126 CRB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR CALENDARING HEARING CONCERNING DEFENDANT EDSEL BANKS' MEDICAL ISSUES. |

      Defendant Edsel Banks through his attorney, Elizabeth M. Falk, are respectfully requesting this Court to calendar a hearing before The Honorable Joseph Spero on Thursday, October 7, 2005 at 10:30 a.m. to discuss Mr. Banks' current medical issues.

      Defendant's counsel has conferred with government counsel, Monica Fernandez, and Ms. Fernandez has no objection to the request for hearing.

      IT IS SO STIPULATED.

DATED: 10/3/2005                                                     _____/S/_____
                                                                       ELIZABETH M. FALK
                                                                       Assistant Federal Public Defender

DATED: 10/3/2005                                                       _____/S/_____
                                                                        MONICA FERNANDEZ
                                                                       Assistant United States Attorney

1  **I hereby attest that I have on file all holograph signatures for any signatures indicated**
2  **by "conformed" signature (/S/) within this e-filed document**

3

4  **ORDER**

5        For good cause, the Court hereby Orders that a hearing be calendared to discuss

6  defendant's medical issues for Thursday, October 7, 2005 at 10:30 a.m.

7

8  DATED:  Oct. 5, 2005

    DENIED

    [signature] Judge Joseph C. Spero

    _____
9      THE HONORABLE JOSEPH C. SPERO
    UNITED STATES MAGISTRATE JUDGE

10  IT IS HEREBY ORDERED THAT the parties shall address this matter before
    Judge Breyer on October 12, 2005, at 2:15 p.m.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stip. and ~~Proposed~~ Order
No. CR 05-00126-CRB                         2