| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (CSBN 0722)<br>Chief, Criminal Division |
| 4 | MONICA FERNANDEZ (CSBN 168216)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, 11th Floor<br>San Francisco, California 94102<br>Telephone: (415) 436-7065 |
| 7 | Facsimile: (415) 436-7234<br>E-mail: Monica.L.Fernandez@usdoj.gov |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0126-CRB (JCS) |
| Plaintiff, | ) ) | [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| v. | ) | |
| EDSEL BANKS, | ) ) | |
| Defendants. | ) ) | |

On December 2, 2005, this Court held a bail review hearing on the Violation Memoranda submitted by Pretrial Services Officer Rich Sarlatte December 1, 2005. The Court hereby modifies the defendant's conditions of release as follows:

    1.    The defendant shall reside at Cornell Corrections, 111 Taylor Street, San Francisco, California. He shall remain on lockdown status at all times. The defendant may leave Cornell Corrections for the following purposes only:

        a.    Court appearances;

No. CR 05-0126-CRB (JCS)
[~~PROPOSED~~] ORDER MODIFYING
CONDITIONS OF PRETRIAL RELEASE

|   |   |   |   |
|---|---|---|---|
| 1 |   | b. | Rehabilitation appointments related to his foot surgery; |
| 2 |   | c. | Meetings with Pretrial Services; and |
| 3 |   | d. | Meetings with his counsel, Elizabeth Falk, Esq. |

2. The defendant shall participate in the drug treatment program offered at Cornell Corrections.

3. Ms. Charanita Williams Banks is relieved as a surety.

All other conditions of release imposed by the Court on November 18, 2005 shall remain in effect.

IT IS SO ORDERED.

Date: December 2, 2005

_____
HON. JOSEPH C. SPERO
United States Magistrate Judge

No. CR 05-0126-CRB (JCS)
[PROPOSED] ORDER MODIFYING
CONDITIONS OF PRETRIAL RELEASE        2