1   BARRY J. PORTMAN
    Federal Public Defender
2   ELIZABETH M. FALK
    Assistant Federal Public Defender
3   19th Floor Federal Building – Box 36106
    450 Golden Gate Avenue
4   San Francisco, CA 94102
    Telephone:  (415) 436-7700
5
    Counsel for Defendant BANKS
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. CR-05-0126-CRB
                                       )
12                 Plaintiff,          )    STIPULATION AND [~~PROPOSED~~]
                                       )    ORDER FOR PERMISSION TO
13  vs.                                )    TEMPORARILY LEAVE HALFWAY
                                       )    HOUSE.
14  EDSEL BANKS,                       )
                                       )
15                 Defendant.          )
                                       )
16  _____)

17          On December 2, 2005, this Court ordered that defendant reside at Cornell Corrections,

18  111 Taylor Street, San Francisco, California.  To date Mr. Banks has been residing at Cornell

19  Corrections.  Defense counsel is requesting that this matter be placed on calendar for Tuesday,

20  December 20, 2005 at 9:30 a.m.

21          At this time, defense counsel respectfully requests permission to the Court that Mr. Banks

22  be given permission to leave Cornell Corrections on Sunday, December 25, 2005 at 8:00 a.m. to

23  spend the Christmas holiday with his family, and return to Cornell Corrections no later than

24  8:00 p.m. on Sunday, December 25, 2005.

25  //

26  Stipulation and [~~Proposed~~] Order
    U.S. v. Edsal Banks
    No. CR 05-00126-CRB
                                            1

1      Mr. Banks will be at the home of his mother, Arlenia Banks, residing at 1478 Innes, San

2  Francisco, California.  Mrs. Banks' telephone number is (415) 695-0205.  Mr. Banks is to remain

3  at his mother's residence and shall not leave said residence until his return to Cornell Corrections

4  that evening.

5      Counsel for the government, Monica Fernandez, has been contacted and does not object

6  to defense counsel's request for hearing.   Defense counsel has also contacted Allen Lew at the

7  Pretrial Services Agency and he has no objection to the request for hearing.

8

9  **IT IS SO STIPULATED.**

10  Date:  12/19/2005           _____/S/_____
                  ELIZABETH M. FALK

11                        Assistant Federal Public Defender

12

13  Date:  12/19/2005           _____/S/_____
                  MONICA FERNANDEZ

14                        Assistant United States Attorney

15      I hereby attest that I have on file all holograph signatures for any signatures indicated by a

16  "conformed" signature (/S/) within this e-filed document.

17

18                    **ORDER**

19      GOOD CAUSE SHOWN, it is hereby ORDERED that this matter be placed on calendar

20  for Tuesday, December 20, 2005 at 9:30 a.m.

21  Date:  December 19, 2005

22

23                  _____
      THE HONORABLE ELIZABETH D. LAPORTE

      UNITED STATES MAGISTRATE JUDGE

24

25

26  Stipulation and [Proposed] Order
    U.S. v. Edsal Banks
    No. CR 05-00126-CRB

                  2