1 | BARRY J. PORTMAN
Federal Public Defender
2 | ELIZABETH M. FALK
Assistant Federal Public Defender
3 | 19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
4 | San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant BANKS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-05-0126-CRB |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER GRANTING PERMISSION TO DEFENDANT EDSEL BANKS TO TEMPORARILY LEAVE HALFWAY HOUSE. |
| vs. | ) | |
| EDSEL BANKS, | ) | AS MODIFIED |
| Defendant. | ) | |

**ORDER**

IT IS HEREBY ORDERED that defendant, Edsel Banks, is granted permission to leave Cornell Corrections on Sunday, December 25, 2005 at 8:00 a.m. to spend the Christmas holiday with his family at the home of his mother, Arlenia Banks, residing at 1478 Innes, San Francisco, California. Mrs. Banks' telephone number is (415) 695-0205. Mr. Banks is to remain at his mother's residence and shall not leave said residence until his return to Cornell Corrections

//

[~~Proposed~~] Order
U.S. v. Edsal Banks
No. CR 05-00126-CRB

1

1  no later than 8:00 p.m. on Sunday, December 25, 2005. Mrs. Banks will transport defendant from and back to the halfway house.

2  **IT IS SO ORDERED**

3  Date: December 20, 2005

4  THE HONORABLE ELIZABETH D. LAPORTE
   UNITED STATES MAGISTRATE JUDGE

   *GRANTED*
   */s/ Elizabeth D. Laporte*
   *Judge Elizabeth D. Laporte*

26  [Proposed] Order
    U.S. v. Edsal Banks
    No. CR 05-00126-CRB

2