1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant BANKS
6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   No. CR-05-0126-CRB
                                       )
12              Plaintiff,             )   STIPULATION AND [PROPOSED]
                                       )   ORDER FOR PERMISSION TO LEAVE
13 vs.                                 )   HALFWAY HOUSE.
                                       )
14 EDSEL BANKS,                        )
                                       )
15              Defendant.             )
   _____)
16

17       On December 2, 2005, this Court ordered that defendant reside at Cornell Corrections,

18 and has been there to date. Defense counsel is requesting that this matter be placed on calendar

19 for Monday, January 9, 2006 at 9:30 a.m.

20       Defendant, Edsel Banks, has been given a self-surrender date of February 6, 2006 and he

21 is to surrender at Leavenworth Federal Prison in Kansas. Defense counsel respectfully requests a

22 hearing before the Court for the purposes of; 1) obtaining permission from the Court for Mr.

23 Banks to work while residing at Cornell Corrections to earn money for the costs of traveling from

24 California to Kansas; 2) obtaining a release date from the Court when Mr. Banks can leave

25 Cornell Corrections to prepare for and travel to Kansas.

26 Stipulation and [Proposed] Order
   U.S. v. Edsal Banks
   No. CR 05-00126-CRB
                                       1

Counsel for the government, Monica Fernandez, has been informed of defendant's request for hearing.

**IT IS SO STIPULATED.**

Date: 1/4/2006
　　　　　　　　　　／S／
ELIZABETH M. FALK
Assistant Federal Public Defender

Date: 1/5/2006
　　　　　　　　　　／S／
MONICA FERNANDEZ
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

GOOD CAUSE SHOWN, it is hereby ORDERED that this matter be placed on calendar for Monday, January 9, 2006 at 9:30 a.m.

Date: Jan. 6, 2006

_____
THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order
U.S. v. Edsal Banks
No. CR 05-00126-CRB

2