IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05-126 CRB |
| Plaintiff, | ) ) | ORDER FOR MODIFICATION OF |
| v. | ) ) | BAIL CONDITIONS PERMITTING DEFENDANT TO LEAVE HALFWAY |
| EDSEL BANKS, | ) ) | HOUSE; ORDER SETTING HALFWAY HOUSE RELEASE DATE |
| Defendant. | ) ) ) | Date: January 9, 2006 Time: 9:30 a.m. Court: Honorable Joseph C. Spero |

Defendant Edsel Banks came before the court for hearing on January 9, 2006. With the stipulation of Assistant United States Attorney Monica Fernandez, this Court hereby ORDERS that defendant Banks be permitted to leave the halfway house to perform telecommunications work under the direction and approval of Marika Regan, job placement coordinator at Cornell Corrections. Defendant Banks is hereby permitted to travel to and from the halfway house and Telcom Inc, located at 965 Mission Street, Suite 110, San Francisco, California. The Court understands that Telcom Inc. is a telecommunications company that performs work for the Chronicle, amoung other entities, and that this location is approved by Cornell Corrections as an acceptable place for Mr. Banks to work.

This court further ORDERS that defendant Banks is permitted to permanently leave the

Ord. Mod. Bail Cond.
No. CR-05-0126 CRB

halfway house on January 27, 2006 for the purposes of traveling to Leawood, Kansas, where he is designated to serve his sentence. This Court further orders defense counsel to provide a copy of this order to United States Pretrial Services.

Dated: January ~~13~~ 17, 2006

_____

THE HONORABLE JOSEPH C. SPERO

UNITED STATES MAGISTRATE JUDGE

Ord. Mod. Bail Cond.
No. CR-05-0126 CRB

2